# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ADAM DAHIYA ABDALL-YAHYA,

                                    Petitioner,

        v.

DANIEL A. BRIGHTMAN, in his official capacity as San Diego Field Office Director (FOD), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO); TODD LYONS, in his official capacity as Acting Director of ICE; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; PAMELA BONDI, U.S. Attorney General; ICE; DEPARTMENT OF HOMELAND SECURITY (DHS); CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center,

                                    Respondents.

Case No.:  26cv2007 DMS AHG

**ORDER REQUIRING RESPONSE**

On March 30, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **April 9,**

1

**2026**.  Petitioner shall file his reply on or before **April 13, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  April 2, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2007 DMS AHG