**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ADAM DAHIYA ABDALLA-YAHYA,

                                    Petitioner,

v.

DANIEL A. BRIGHTMAN, in his official capacity as San Diego Field Office Director (FOD), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO); et al.,

                                    Respondents.

Case No.:  26cv2007 DMS AHG

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATUS REPORT**

On April 17, 2026, this Court granted Petitioner's Petition for Writ of Habeas Corpus, requiring Respondents to provide Petitioner with a bond hearing.  (ECF No. 6.) The Court further ordered the parties to file a joint status report.  (*Id.*)  On April 27, 2026, the parties filed the status report, wherein they explained that Petitioner's bond hearing was continued on motion by Petitioner in order to obtain evidence.  (ECF No. 7.)  The parties also moved for leave to file a supplemental status report by May 1, 2026, detailing the results of Petitioner's bond hearing.  The Court **GRANTS** the motion.

        **IT IS SO ORDERED.**

1

26cv2007 DMS AHG

Dated:  April 30, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2007 DMS AHG